

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 18CR10004 |
| v. ) | |
| ) | VIOLATIONS: |
| KENDRICK TATE, ) | |
| A/K/A "K-ROC" ) | 21 U.S.C. § 841(a)(1) -- |
| ) | Possession with Intent to |
| ) | Distribute and Distribution of |
| ) | Cocaine Base |
| ) | |
| ) | 18 U.S.C. § 922(g)(1) -- |
| ) | Felon in Possession of |
| ) | Firearm and Ammunition |
| ) | |
| ) | 21 U.S.C. § 853 -- Criminal |
| ) | Forfeiture |

INDICTMENT

COUNT ONE: (21 U.S.C. § 841(a)(1) -- Possession with Intent to Distribute and Distribution of Cocaine Base)

The Grand Jury charges that:

On or about April 27, 2017, at Chelsea in the District of Massachusetts,

**KENDRICK TATE, A/K/A "K-ROC"**

the defendant herein, did knowingly and intentionally possess with intent to distribute and distribute cocaine base, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

<u>COUNT TWO</u>:      (18 U.S.C. §922(g)(1) -- Felon in Possession of a Firearm and Ammunition)

The Grand Jury further charges that:

On or about April 28, 2017, at Malden in the District of Massachusetts,

**KENDRICK TATE, a/k/a "K-ROC,"**

the defendant herein, having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm and ammunition, to wit: a Jimenez Arms Model T-380 semiautomatic pistol that had an obliterated serial number and 5 rounds of .380 caliber ammunition

All in violation of Title 18, United States Code, Section 922(g)(1).

## **FORFEITURE ALLEGATION**
## (21 U.S.C. § 853)

The Grand Jury further charges that:

1. Upon conviction of the offense alleged in Count 1 of this Indictment, in violation of 21 U.S.C. § 841(a)(1),

**KENDRICK TATE, A/K/A "K-ROC"**

the defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such offense; and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violation.

2. If any of the property described in paragraph 1, above, as a result of any act or omission of the defendant -

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any

3

other property of the defendant up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL,

_____
FOREPERSON OF THE GRAND JURY

_____
JOHN A. WORTMANN, JR.
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS                                January 3, 2018

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

12:00 p.m
1/3/18

4