UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Criminal No. 18-10004 |
| | ) | |
| | ) | |
| **KENDRICK TATE** | ) | |

### INFORMATION TO ESTABLISH A
### PRIOR FELONY DRUG CONVICTION UNDER 21 U.S.C. §851

1. On or about July 12, 2013, Kendrick Tate was convicted in the Roxbury District Court Case No. 1102CR002515B of Possession of a Class B Substance with Intent to Distribute in violation of Massachusetts General Law chapter 94C, section 32A(a).

2. Kendrick Tate has subsequently been named as a defendant in an Indictment in this case charging him with Possession of Cocaine Base with Intent to Distribute and Distribution of Cocaine Base in violation of 21 U.S.C. §841.

3. By way of this information, the government notifies Kendrick Tate that he is charged with committing the crime alleged in said Indictment after having been previously convicted of the felony drug offense as set out in paragraph 1, above.

All in keeping with Title 21, United States Code, Section

851(a)(1).

                              Respectfully submitted,

                              ANDREW E. LELLING
                              United States Attorney

                    BY: /s/ John A. Wortmann, Jr
                              JOHN A. WORTMANN, JR.
                              Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

    The government hereby certifies that the foregoing was this day filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants.

                              /S John A. Wortmann, Jr.  7-9-18
                              JOHN A. WORTMANN, JR.
                              Assistant U.S. Attorney